IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Timothy J. Patete, | ) | Case No. 13-13806 |
| | ) | |
| Debtor. | ) | JUDGE: Jessica Price Smith |
| | ) | |

**DEBTOR'S THIRD MOTION TO MODIFY CHAPTER 13 PLAN [with notice of withdrawal of second motion to modify]**

_____

The debtor, by and through counsel and pursuant to 11 U.S.C. §1323(a), moves this Court for an order modifying his chapter 13 plan to provide that, 1) funding be increased to $2,450.00 per month; 2) Article 3A of the plan be modified to provide for an arrearage to CitiMortgage on the Plains Rd. property in the amount of $19,370.40; 3) the monthly payment amount for the priority claim of the Ohio Department of Taxation in Article 6 of the plan be reduced to $195.89; 4) the monthly payment amount for the priority claim of the City of Mentor in Article 6 of the plan be reduced to $116.00; 5) the monthly payment amount for the priority claim of R.I.T.A. in Article 6 of the plan be reduced to $43.33; and 6) Article 11 of the plan be modified to include the following provisions:

> "Citimortgage to be paid directly outside of plan or surrendered. The mortgage claim of CitiMortgage for the rental property in Mayville, NY will be paid by the debtors directly outside of the plan. The debtors applied for a loan modification to resolve the current arrearage, which application is currently pending approval of CitiMortgage. If the loan modification does not resolve the mortgage arrearage for this loan, then the property will be surrendered to CitiMortgage and any other secured lender."

> "Statutory liens of the OH Dept. of Tax. The statutory liens of the OH Dept. of Tax. are unsecured but cannot be voided. They purport to secure the priority tax obligation set forth in

1

Article 6 of the plan and the underlying claim will be paid in accordance with that provision."

A copy of the plan as modified is attached hereto and incorporated herein.

Respectfully submitted,

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Nemeth & Associates, LLC
*Attorneys for the debtor*
526 Superior Ave., NE, Ste. 1120
Cleveland, OH 44114-1402
216/502-1300; Fax: 216/502-1301
Email: mail@OHbklaw.com

2

# CERTIFICATE OF SERVICE

I certify that on November 20, 2013, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Craig Shopneck, Chapter 13 trustee, at ch13shopneck@ch13cleve.com

And by regular U.S. mail, postage prepaid, on:

    Timothy J. Patete, 8182 Plains Road Mentor, OH 44060

A.C.E. Recovery
PO Box 129
Grand River, OH 44045

American General Finance
PO Box 3121
Evansville, IN 47731

AmeriCredit
Attn: Alice Whitten, Esq.
PO Box 183853
Arlington, TX 76096

Apple Heating Cooling
PO Box 69
Ashtabula, OH 44005

Aqua Ohio, Inc.
Lake Erie West District
PO Box 238
Struthers, OH 44471

AT&T Universe Cable
PO Box 5014
Carol Stream, IL 60197

Checks Unlimited
PO Box 17400
Colorado Springs, CO 80935

Citifinancial
PO Box 6931
The Lakes, NV 88901

Citimortgage Inc.
PO Box 660065
Dallas, TX 75266

City of Mayville - Electric Dept.
3 S. Erie St.
PO Box 188
Mayville, NY 14757

City of Mentor
Income Tax Division
8500 Civic Center Blvd.
Mentor, OH 44060

Credit Management, Inc.
4200 International Parkway
Carrollton, TX 75007

Direct TV
PO Box 78626
Phoenix, AZ 85062

Director of Finance
1 N. Erie Street
Mayville, NY 14757

Dominion East Ohio Gas Co.
Attn: Bankruptcy Group
PO Box 26666
Richmond, VA 23261

Dr. Bruce Schwartz, DDS
34950 Chardon Road #200
Willoughby, OH 44094

Dr. Cecile Muehrcke
2747 SOM Center Rd
Willoughby, OH 44094

Drs. Hill & Chapnick, Inc.
26777 Lorain Rd. #403
North Olmsted, OH 44070

Drs. Hill & Thomas & Co.
PO Box 643026
Cincinnati, OH 45264

Erieview Dental
9510 Diamond Centre Drive
Mentor, OH 44060

First Federal Credit Control
24700 Chagrin Blvd., Ste. 205
Beachwood, OH 44122

GM Financial
PO Box 181145
Arlington, TX 76096

Heart Specialists, Inc.
36100 Euclid Avenue, Ste 120
Willoughby, OH 44094

HFC
PO Box 3425
Buffalo, NY 14240

I.R.S. - Insolvency Group 3
1240 E. Ninth St., Room 457
Cleveland, OH 44199

IC Systems Inc
PO Box 64378
Saint Paul, MN 55164

Innovative Health Services
8252 Darrow Road, Ste A
Twinsburg, OH 44087

John S. Crocker, Treasurer
Lake County Treasurer
105 Main Street
PO Box 490
Painesville, OH 44077

Kaiser Permanente
Camp Bowie Service Center
PO Box 921007
Fort Worth, TX 76121

Karen Patete
8182 Plains Rd.
Mentor, OH 44060

Lake County Common Pleas Court
47 North Park Place
Painesville, OH 44077

Lake County Dept. of Utilities
PO Box 8005
Painesville, OH 44077

Lake County EKG Specialist
26777 Lorain Rd #403
North Olmsted, OH 44070

Lake Emergency Services, Inc.
PO Box 634374
Cincinnati, OH 45263

Lake Health
PO Box 13361
Akron, OH 44334

Lake Health Physicians Group
PO Box 714328
Columbus, OH 43271

Lake Hospital System
PO Box 92067
Cleveland, OH 44101

4

Lewis and Associates
Medical Audit Division
PO Box 1458
Painesville, OH 44077

National Fuel
PO Box 4103
Buffalo, NY 14264

NCO
PO Box 41448
Philadelphia, PA 19101

NCO Financial Systems
PO Box 967
Horsham, PA 19044

Northeast Ohio Neurosurgical Assoc.
2785 SOM Center Rd.
Willoughby, OH 44094

Ohio Department of Taxation
PO Box 2679
Columbus, OH 43270

Ohio Department of Taxation
Bankruptcy Division
30 E. Broad St., 23rd Floor
Columbus, OH 43215

Pathways
7350 Palisades Parkway
Mentor, OH 44060

Physicians Pulmonary/Critical Care
1450 SOM Center Road, #25
Cleveland, OH 44124

Prime Health of Lake Hospital
PO Box 714328
Columbus, OH 43271

R.I.T.A.
PO Box 94736
Cleveland, OH 44101-4736

Revenue Group
3700 Park East Dr., Ste 240
Beachwood, OH 44122

Scott P. Ciupak, Esq.
Office of John D. Clunk Co., LPA
5601 Hudson Dr., Ste. 400
Hudson, OH 44236

State of Ohio Dept. of Taxation
Revenue Recovery/Collections
150 East Gay St. 21st Floor
Columbus, OH 43215

State of Ohio, OSU Veterinary Hosp.
601 Vernon L. Tharp St.
Columbus, OH 43210

The HMC Group
29065 Clemens Rd., Ste 200
Westlake, OH 44145

The Illuminating Company
PO Box 3638
Akron, OH 44309

The News Herald
7085 Mentor Ave
Willoughby, OH 44094

Time Warner Cable-Northeast
PO Box 0901
Carol Stream, IL 60132

University Hospitals Lab Services
PO Box 94564
Cleveland, OH 44101

US Attorney General
Dept. of Justice - Tax Division
P.O. Box 55 - Ben Fraklin Station
Washington, DC 20044

US Attorney's Office
801 W. Superior Ave., Ste. 400
Cleveland, OH 44113-1852

Village of Mayville  
PO Box 188  
Mayville, NY 14757

Weed Man  
1353 E. 260th Street  
Euclid, OH 44123

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
*Attorney for the debtor*