IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

In Re: ) Chapter 13
)
Timothy J. Patete ) Case No. 13-13806
)
Debtor. ) **LAKE COUNTY TREASURER'S**
) **NOTICE OF WITHDRAWAL OF**
) **CLAIM NOS. 14-1 AND 14-2**
)

Now comes the Lake County Treasurer, by and through counsel, pursuant to Fed.R.Bank.P. 3006, and hereby respectfully submits this Notice of Withdrawal of Claim Nos. 14-1 and 14-2 filed on behalf of the Lake County Treasurer on September 16, 2014, for the amount of $22,143.84. This claim was inadvertently filed and duplicates claim number 5 filed on July 3, 2013. Therefore the Lake County Treasurer already has a Proof of Claim timely filed and claim number 14-1 and 14-2 should be permitted to be withdrawn in the interest of equity.

Respectfully submitted,

CHARLES E. COULSON
PROSECUTING ATTORNEY

/s/ Michael L. DeLeone

Michael L. DeLeone (#0073324)
Assistant Prosecuting Attorney
105 Main Street
P.O. Box 490
Painesville, Ohio 44077
Phone #(440) 350-2683
Fax #(440) 350-2585
Mdeleone@lakecountyohio.gov

## Certificate of Service

A copy of Lake County Treasurer's Notice of Withdrawal of Claim No. 14-1 and 14-2 was served on this 24th day of September 2014 to:

Craig Shopneck, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

Richard H. Nemeth
Attorney for Debtors
(served via ECF)

Timothy Patete, Debtor
8182 Plains Rd.
Mentor, Ohio 44060

Respectfully submitted,

CHARLES E. COULSON
PROSECUTING ATTORNEY

/s/ Michael L. DeLeone

Michael L. DeLeone (#0073324)
Assistant Prosecuting Attorney
105 Main Street
P.O. Box 490
Painesville, Ohio 44077
Phone #(440) 350-2683
Fax #(440) 350-2585
Mdeleone@lakecountyohio.gov